UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CHRISTINA MCFADDEN-ARCHER,

      Plaintiff,

v.                            CIVIL ACTION NO. 2:06-0286

MICHAEL J. ASTRUE,
Commissioner of Social Security

      Defendant.

O R D E R

      The court having received the proposed findings and recommendation of United States Magistrate Judge Mary E. Stanley, entered on August 13, 2007; and the Magistrate Judge having recommended that the court affirm the final decision of the Commissioner and dismiss this matter from the court's docket; and no objection having been filed to the proposed findings and recommendation, it is ORDERED that:

      1.  The findings made in the proposed findings and recommendation of the Magistrate Judge be, and the same hereby are, adopted by the court;

      2.  The decision of the Commissioner be, and it hereby is, affirmed; and

3.   The case be, and it hereby is, stricken from the court's docket.

The Clerk is directed to forward copies of this order to all counsel of record and the United States Magistrate Judge.

DATED: September 5, 2007

John T. Copenhaver, Jr.
United States District Judge